# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| AMERICA FIRST LEGACY PAC, | ) ) ) CIVIL ACTION NO.: |
| Plaintiff, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| ANGIE WONG, | ) ) |
| Defendant. | ) ) |

## MOTION TO DISMISS COUNTS ONE AND TWO AND A PORTION OF COUNT FIVE FOR FAILURE TO STATE A CLAIM

Defendant Angie Wong, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Counts 1 and 4 and a portion of Count 5 of Plaintiff's Complaint. A brief supporting this motion is being filed contemporaneously herewith.

Dated: November 3, 2023         Respectfully submitted:

                                **ICHTER DAVIS LLC**

1

By: */s/ James W. Hawkins*

**JAMES W. HAWKINS**
Georgia Bar No. 338767
**CARY ICHTER**
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
400 Interstate North Pkwy, SE
Suite 860
Atlanta, Georgia 30339
404.869.7600 (Phone)
404.602.0037 (Fax)
jhawkins@ichterdavis.com
cichter@ichterdavis.com

*Counsel for Defendant*

2

## CERTIFICATION

In accordance with LR 5.1C, ND GA, I hereby certify that this document has been prepared in 14 point, Century Schoolbook font.

Dated: November 3, 2023.

<u>/s/ James W. Hawkins</u>
James W. Hawkins

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing **Motion to Dismiss Counts One and Two and a Portion of Count Five for Failure to State a Claim** was served by email to counsel of record for Plaintiff America First Legacy PAC:

> Jared B. Craig, Esq.
> 20 Baker Road, Suite 5
> Newnan, Georgia 30265
> Pdc.jbc@gmail.com

Dated:  November 3, 2023.

<u>/s/ James W. Hawkins</u>
James W. Hawkins