IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| AMERICA FIRST LEGACY PAC, | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION FILE |
| ANGIE WONG | *  NO: 3:23 cv 208 TCB |
| (a.k.a. ANGIE WONG SIE YING), | * |
| Defendant. | * |

## MOTION TO REMAND CASE TO STATE COURT

Now Comes, America First Legacy PAC, Plaintiff herein, by and through its undersigned counsel, hereby moves this Court pursuant to 28 USC §1447 and 28 USC §1332 to remand this case to the Superior Court of Coweta County, and support thereof, shows the following:

1.

Defendant herein filed his Notice to Remove this action from the Superior Court of Coweta County on November 3, 2023 based solely on diversity jurisdiction as defined in 28 USC §1332.

2.

Plaintiff filed its Notice to Amend Petition and Amended Petition on November 20, 2023 that reduced the amount in controversy to $72,500.00.

3.

Pursuant to 28 USC §1332, for a federal district court to have subject-matter jurisdiction, in addition to diversity in state citizenship, the amount in controversy must be $75,000.00 or greater. In light of Plaintiff's Amended Petition, this Court no longer has subject-matter jurisdiction over this action.

WHEREFORE, Plaintiff respectfully moves this Court to remand this action back to the Superior Court of Coweta County.

This 20th day of November, 2023

/s/ Jared B. Craig, Esq.
**Jared B. Craig, Esq.**, In-House Counsel
Georgia Bar No. 940430
20 Baker Road, Suite 5
Newnan, Georgia 30265
Office (770) 683-5705
Pdc.jbc@gmail.com