IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| AMERICA FIRST LEGACY PAC,<br><br>*Plaintiff,*<br><br>v.<br><br>ANGIE WONG<br>(a.k.a. ANGIE WONG SIE YING),<br><br>*Defendant.* | CIVIL ACTION FILE<br><br><u>NO: 3:23 cv 208 TCB</u> |

### NOTICE OF FILING VOLUNTARY DISMISSAL

Now Comes, America First Legacy PAC, Plaintiff herein, by and through its undersigned counsel, hereby notifies this Court pursuant to Federal Rues of Civil Procedure 41(a) of its Voluntary Dismissal without Prejudice of the above-referenced civil action

This 12th day of January, 2024.

/s/ Jared B. Craig, Esq.
**Jared B. Craig, Esq.**, In-House Counsel
Georgia Bar No. 940430
20 Baker Road, Suite 5
Newnan, Georgia 30265
Office (770) 683-5705
Pdc.jbc@gmail.com